

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JUAN GILBERT, | | No. 08-11-00359-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 372nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC # 1002470D) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Juan Gilbert appeals a judgment adjudicating him guilty of indecency with a child. For the reasons that follow, we affirm.

## FACTUAL SUMMARY

Appellant entered a negotiated plea of guilty in 2006 and the trial court placed him on deferred adjudication community supervision for ten years. The State subsequently filed a petition to adjudicate, alleging multiple violations of the terms and conditions of community supervision. The State agreed to recommend a six year term of imprisonment in exchange for a plea of true, but Appellant rejected that offer and entered an open plea of true. The trial court made an adjudication of guilt and sentenced Appellant to serve twelve years in TDCJ-ID.

**FRIVOLOUS APPEAL**

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman,* 252 S.W.3d 403, 407 n.9 (Tex.Crim.App. 2008)("In Texas, an Anders brief need not specifically advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."*)*; *High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. Appellant has filed a *pro se* brief.

We have carefully reviewed the record, counsel's brief, and the *pro se* brief, as well as correspondence related to the pro se brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. A discussion of the contentions advanced in the *pro se* brief would add nothing to the jurisprudence of the state. The judgment is affirmed.


March 28, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)